IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
2:11-CV-9-BO

| | |
|---|---|
| ALVIN VINSON AND NICOLE VINSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) **ORDER** |
| | ) |
| STATE FARM FIRE AND CASUALTY COMPANY, | ) |
| | ) |
| Defendant. | ) |

This case comes before the court on the motion (D.E. 44) filed by defendant State Farm and Casualty Company ("defendant") to conduct the pre-trial conference on Thursday, 18 April 2013, at 2:30 p.m. by telephone. The motion is ALLOWED. Counsel for defendant shall be responsible for calling chambers ((919) 645-1790) at the scheduled time with plaintiffs' counsel already on the line.

SO ORDERED, this the 16 day of April 2013.

James E. Gates
United States Magistrate Judge