IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
CIVIL ACTION NO. 2:11-CV-0009-BO

| ALVIN VINSON AND NICOLE VINSON, | |
|---|---|
| Plaintiffs, | |
| v. | ORDER |
| STATE FARM FIRE AND CASUALTY COMPANY, | |
| Defendant. | |

THIS MATTER is before the Court on counsel for Defendant's motion for leave to utilize technology at trial pursuant to Rule 7 of the Federal Rules of Civil Procedure, Rule 7.1 of the Local Rules of Civil Procedure for the Eastern District, and Standing Order 05-PLR-7, and after reviewing the motion, the Court determines counsel for Defendant's motion should be allowed. It is hereby ORDERED that counsel for Defendant is allowed to utilize an iPad, Trial Pad software, and PowerPoint during the trial on June 10, 2013.

IT IS SO ORDERED.

Dated this the 24 day of May, 2013.

*[signature]*