IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
No.: 2:11-CV-9-BO

ALVIN VINSON AND NICOLE VINSON, )
)
        Plaintiffs, )
)
v. ) ORDER
)
STATE FARM FIRE AND CASUALTY )
COMPANY, )
)
        Defendant. )

On June 10, 2013, the parties appeared before this Court for the commencement of a jury trial in Elizabeth City, North Carolina. At that time, the parties informed the Court that they had reached a settlement agreement. Later that day, the defendant filed with the Court a memorandum of settlement and complete release of all claims that had been executed by both parties. All claims having been settled between the parties it is proper to dismiss this matter. As such, this matter is DISMISSED and the clerk is directed to CLOSE the file.

SO ORDERED, this _12_ day of June, 2013.

                                        TERRENCE W. BOYLE
                                        UNITED STATES DISTRICT JUDGE

1